UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

------------------------------------X
In re:                              :   Chapter 7
                                    :
ASPETUCK ASSOCIATES, INC.           :   Case No. 04-35431
                                    :
                                    :
        Debtor                      :   January 4, 2011
------------------------------------X

REPORT OF SMALL/UNCLAIMED DIVIDENDS

The undersigned trustee reports:

\_\_\_\_\_ The dividend(s) payable to the creditor(s) listed in Exhibit A hereto is (are) in an amount less than that Specified in Bankruptcy Rule 3010.

__X__ More than ninety (90) days have passed since the final distribution. I have made a reasonable effort to locate those creditors who did not cash their checks within 90 days or whose checks were returned undeliverable. The dividend(s) payable to the creditor(s) listed in Exhibit A hereto remain unclaimed.

Pursuant to Bankruptcy Rule 3010 or 3011, as applicable, and 11 U.S.C. §347(a), the undersigned trustee remits herewith a check in the total amount shown on Exhibit A for deposit into the United States Treasury, pursuant to chapter 129 of title 28.

DATED:      January 4, 2011.      _____
                                  Richard M. Coan, Trustee
                                  (ct06376)
                                  Coan, Lewendon, Gulliver
                                  & Miltenberger, LLC
                                  495 Orange Street
                                  New Haven, CT 06511
                                  Telephone: (203) 624-4756
                                  Facsimile: (203) 865-3673
                                  rcoan@coanlewendon.com

EXHIBIT A

Case Name:    ASPETUCK ASSOCIATES, INC.

Case Number:                            04-35431

| Name and Address | Claim No. | Distrib. Amount | Small Dividend | Unclaimed Dividend |
|---|---|---|---|---|
| Waste Management c/o RMC Bankruptcy Dept. 2421 W. Peoria Avenue Suite 210 Phoenix, AZ 85029 | 2 | $ 1,736.45 | $    N/A | $  1,736.45 |
| Waste Management c/o RMC Bankruptcy Dept. 2421 W. Peoria Avenue Suite 210 Phoenix, AZ 85029 | 2A | $   259.14 | $    N/A | $    259.14 |
| TOTAL AMOUNT REMITTED TO CLERK: | | | $    N/A | $  1,995.59 |